AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____, DISTRICT OF _MASSACHUSETTS_

UNITED STATES OF AMERICA

V.

ROBERT P. BARRY

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 2004M0466RBC

I, _ROBERT P. BARRY_, charged in a ☒ complaint ☐ petition pending in this District _with possession of a firearm_ in violation of _18_, U.S.C., _922(g)(1)_, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_[signature]_
Defendant

FEB 26 2004
Date

_[signature]_
Counsel for Defendant